LAW OFFICES OF VIKRAM N. CHAOBAL
Vikram N. Chaobal
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 264-6663 Telephone
(907) 264-6602 Facsimile
E-Mail: vchaobal@gmail.com

Attorney for Plaintiff, Theodore S. Heintz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THEODORE S. HEINTZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-cv-00119-SLG |
| ) | |
| STEVEN PAUL MCDANIEL, et. al. ) | |
| Defendant. ) | |
| ) | |
| ) | |

### NON-OPPOSED MOTION FOR MEDIATION

Comes Now, Plaintiff Theodore S. Heintz, by and through his attorney of record, The Law Office of Vikram N. Chaobal, and hereby respectfully request that this Court appoint a mediator in this matter.

The parties believe a resolution of the issues in this case through mediation is possible, and request the use of U.S. District Court for Alaska's mediation program.

Furthermore, the parties believe that the oversight of a Federal Magistrate Judge as a mediator in this matter would be beneficial to the resolution of this case.

Undersigned counsel has spoken with opposing counsel who does not oppose this motion.

Dated this 10th day of December, 2015 at Anchorage, Alaska.

    /s/ Vikram N. Chaobal
Attorney for Plaintiff, Theodore S. Heintz
Vikram N. Chaobal AK BAR NO. 0305011

**CERTIFICATE OF SERVICE**
I hereby certify that on December 10th, 2015, a copy of the foregoing Non Opposed Motion for Mediation was served electronically on:

**Kenneth W. Legacki**
Email: legacki@gci.net

/s/ Vikram N. Chaobal
Vikram N. Chaobal

HEINTZ V MCDANIEL, ET. AL., 3:14-cv-00119-SLG