LAW OFFICES OF VIKRAM N. CHAOBAL
Vikram N. Chaobal
338 W. 4th Avenue Suite 308
Anchorage, Alaska 99501
(907) 264-6663 Telephone
(907) 264-6602 Facsimile
E-Mail: vchaobal@gmail.com

Attorney for Plaintiff, Theodore S. Heintz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THEODORE S. HEINTZ )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN PAUL MCDANIEL, et. al. )<br>Defendant. )<br>)<br>) | Case No. 3:14-cv-00119-SLG |

## **NON-OPPOSED MOTION TO DISMISS CASE WITH PREJUDICE**

Comes Now, Plaintiff Theodore S. Heintz, by and through his attorney of record, The Law Office of Vikram N. Chaobal, LLC, and hereby files the parties' Non-Opposed Motion to Dismiss Case With Prejudice.

All parties in this case have agreed upon a Settlement Agreement to resolve all the claims in this matter. Accordingly, pursuant to Fed. R. Civ. Procedure 41(a)(1), the parties hereby request immediate dismissal of this case and all claims by all parties with prejudice, each party to bear its own costs and attorneys fees.

Finally, the parties wish to express their gratitude to the court for the management of this case.

Dated this 18th day of February, 2016 at Anchorage, Alaska.

/s/ Vikram N. Chaobal
Attorney for Plaintiff, Theodore S. Heintz
Vikram N. Chaobal AK BAR NO. 0305011

**CERTIFICATE OF SERVICE**
I hereby certify that on February 18, 2016, a copy of the foregoing Non Opposed Motion was served electronically on:

**Kenneth W. Legacki**
Email: legacki@gci.net

/s/ Vikram N. Chaobal
Vikram N. Chaobal