LAW OFFICES OF VIKRAM N. CHAOBAL, LLC
Vikram N. Chaobal
733 W. 4th Avenue, Suite 308
Anchorage, Alaska 99501
(907) 264-6663 Telephone
(907) 264-6602 Facsimile
E-Mail: vchaobal@gmail.com

Attorney for Plaintiff, Theodore S. Heintz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THEODORE S. HEINTZ,<br><br>    Plaintiff,<br><br> v.<br><br>STEVEN PAUL MCDANIEL, et. al.<br>    Defendant. | Case No. 3:14-cv-00119-SLG |

[Proposed] **ORDER**

All parties in this case have agreed upon a Settlement Agreement to resolve all the claims in this matter. Having considered the Plaintiff's Non-Opposed Motion to Dismiss Case, the Court hereby GRANTS the motion, and dismisses the above-captioned case.

Dated at Anchorage, Alaska, this _____ day of _____ 2016.

                      _____
                      Hon. Sharon L. Gleason
                      U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2016, a copy of the foregoing was served electronically:

Kenneth W. Legacki, Esq.

By: /s/ Vikram N. Chaobal

[Proposed] Order
<u>HEINTZ v. McDANIEL, et al.</u>
Case No. 3:14-cv-00119-SLG