# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

THEODORE S. HEINTZ,

                Plaintiff,

   v.

STEVEN PAUL MCDANIEL, et al.,

                Defendants.

Case No. 3:14-cv-00119-SLG

## **ORDER OF DISMISSAL**

Upon consideration of Plaintiff's Non-Opposed Motion to Dismiss Case with Prejudice (Docket 53), the Court hereby GRANTS the motion.

IT IS ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the Final Pretrial Conference scheduled for July 8, 2016 and Jury Trial scheduled to commence on July 18, 2016, along with all associated deadlines are VACATED, and any pending motions are denied as moot.

DATED this 26th day of February, 2016 at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE